IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EUGENE ROBERTS,

   Plaintiff,

     v.

MARTA/ATU LOCAL 732,
EMPLOYEES RETIREMENT PLAN
formerly doing business as
Atlanta Transit Authority /ATU Local
732 Employee Pension Plan, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-1831-TWT

## ORDER

This is a pro se ERISA action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action as frivolous. The Plaintiff seeks a monthly pension from MARTA more than 20 years after he withdrew his contributions to the MARTA pension plan. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 29 day of August, 2012.

          /s/Thomas W. Thrash
          THOMAS W. THRASH, JR.
          United States District Judge